CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque, Esq., SBN 292673
Josie Zimmermann, Esq., SBN 324511
Prathima Reddy Price, Esq., SBN 321378
100 Pine St., Ste 1250
San Francisco, CA 94111
Telephone: (858) 375-7385
Facsimile: (888) 422-5191 fax
prathimap@potterhandy.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| **Brian Whitaker,** | Case No. 4:21-cv-09398-PJH |
|---|---|
| Plaintiff, | |
| v. | **Order Granting Joint Stipulation To Extend Filing of Notice for Need for Mediation Deadline** |
| **Avocado Toast, Inc.,** a California Corporation | |
| Defendant. | HON. PHYLLIS J. HAMILTON |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

Pursuant to the Parties' Joint Stipulation to Extend Filing of Notice of Need for Mediation Deadline, the Court hereby extends the deadline for the notice of need for mediation from April 27, 2022 to May 27, 2022.

IT IS SO ORDERED.

Dated: 4/28/2022

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE