UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

    Plaintiff,

    v.

AVOCADO TOAST INC,

    Defendant.

Case No. 21-cv-09398-PJH

**JUDGMENT**

The issues having been duly heard and the court having dismissed plaintiff's Americans with Disabilities Act ("ADA") claim with prejudice and having dismissed plaintiff's California Unruh Civil Rights Act without prejudice to filing in state court,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed.

**IT IS SO ORDERED.**

Dated: October 14, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge